UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**                                          )        **Judge Russ Kendig**
                                                    )
_____                      )        **Case No.** _____
                                                    )
_____                      )
                                                    )        ☐ **Chapter 13 Form Plan Summary**
**Debtor(s).**                                      )        ☐ _____ **Amended Chapter 13 Plan**

    **Read this carefully.** You are a party in interest in this bankruptcy case. This is a summary based upon a form plan adopted in this court. The full length form controls over the terms of this summary. Special Provisions (paragraph 1) are deviations from the form and should be read with special care. You may review the form plan at www.ohnb.uscourts.gov. The letters and numbers in parentheses in this plan summary are the paragraphs of the Form Plan into which the data would be inserted.

1. **SPECIAL PROVISIONS:**

    ☐ Continued on attached separate page(s).

2. _____ % or a pot of $ _____ to general unsecured creditors (E9)

3. Assumed unexpired leases and executory contracts (B2)

| Creditor | Description of asset or contract |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

    ☐ Continued on attached separate page(s).

    All other leases and executory contracts deemed rejected.

4. Mortgages or Judgment Liens - Ongoing Monthly Payment (C, E3, E6)

| Creditor | Priority | Property Address | Proposed Pymt/Mo. | To be paid by debtor, trustee, or stripped & not secured |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

    ☐ Continued on attached separate page(s).

1

5. Mortgage Arrears (E4)

| Creditor | Estimated Amount | Rate (%) |
|---|---|---|
| _____ | _____ | _____% |
| _____ | _____ | _____% |
| _____ | _____ | _____% |

☐ Continued on attached separate page(s).

**Creditors who do not agree to rate of interest must object to confirmation or the rate in this paragraph is deemed to be absolute on confirmation. The amount of arrearage is subject to contrary proof of claim.**

6. Secured Non-mortgage claims to be paid full current balance (E5)

| Creditor: | _____ | _____ | _____ |
|---|---|---|---|
| Collateral: | _____ | _____ | _____ |
| Date Incurred: | _____ | _____ | _____ |
| Monthly Payment: | _____ | _____ | _____ |
| Interest Rate: | _____% | _____% | _____% |
| Estimated Balance: | _____ | _____ | _____ |
| Paid By: | _____ | _____ | _____ |

☐ Continued on attached separate page(s).

7. Liens to be crammed down but not stripped (E7)

| Creditor: | _____ | _____ | _____ |
|---|---|---|---|
| Date Incurred: | _____ | _____ | _____ |
| Collateral: | _____ | _____ | _____ |
| Monthly Payment: | _____ | _____ | _____ |
| Interest Rate: | _____% | _____% | _____% |
| Secured Value: | _____ | _____ | _____ |

☐ Continued on attached separate page(s).

**Creditors who do not agree to date incurred, collateral description, monthly payment, interest rate or secured value must object to confirmation or the treatment in this paragraph is deemed to be absolute upon confirmation, except statutory tax liens, which will be paid as allowed.**

8. Priority Claims to be paid in full and estimated as follows (E8)

| Creditor | Source & Year | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

☐ Continued on attached separate page(s).

9. The holder(s) of any claim for Domestic Support Obligations pursuant to 11 U.S.C. § 1302(d) shall be paid by the debtor unless specified in Special Provisions. The holder of the Domestic Support Obligation is specified below. If the holder of a claim is a minor, the name and address of such minor has been disclosed to the Trustee contemporaneously with the filing of this plan in compliance with 11 U.S.C. § 112. (B6)

Holder Name: _____

Holder's Address (if known): _____

Address of Child Support Enforcement Agency (mandatory): _____

☐ Continued on attached separate page(s).

10. Payments to Trustee (D)

The debtor will pay to the trustee $_____ monthly for a minimum of _____ months, or all future disposable income, whichever is greater. Payments shall be by ___ Wage Order on employer ___ by Debtor ("Private Pay") in the form of money order or certified check.

11. Attorneys Fees are pursuant to the current Administrative Order. Any deviation is in Special Provisions. (E2)

_____    _____
Debtor's signature - name typed below    Debtor's signature - name typed below

_____
Attorney's signature - Name (state bar #), address and phone typed below

_____
_____
_____
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Jeffrey J. Null | : | CHAPTER 13 PROCEEDING |
| | Lindsay J. Null | : | |
| | | : | CASE NO. 17-62502 |
| | Debtor(s) | : | |
| | | : | CHIEF JUDGE RUSS KENDIG |
| | | : | |
| | | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF HEARING ON CONFIRMATION
OF PLAN AND FIXING LAST DATE TO FILE OBJECTIONS**

The Debtor(s) has(ve) filed a Second Amended Plan with the Court and hereby give notice that:

A hearing on the Confirmation of said Second Amended Plan will be held on **May 23, 2018 at 2:00 pm** in the Ralph Regula US Courthouse, 401 McKinley Ave., S.W., Canton, Ohio 44702.

Any objections to said First Amended Plan shall be in writing and must be filed with the Court, Counsel for the Debtor(s), and the Chapter 13 Trustee no later than five (5) working days prior to said hearing, which is May 16, 2018.

Submitted by,

/s/ James R. Galehouse
James R. Galehouse (0084867)
Rauser & Associates
401 W. Tuscarawas Ave, Suite 400
Canton, OH 44702
(330) 456-6505
(330) 456-6506 Fax
Counsel for Debtors

## CERTIFICATE OF SERVICE

I, James R. Galehouse, hereby certify that the foregoing Notice was electronically transmitted on or about April 25, 2018, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail List.

- James R. Galehouse    jgalehouse@ohiolegalclinic.com, jamesgalehouse@yahoo.com;nkrenisky@ohiolegalclinic.com;rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclientinc.com;rauserandassociates@gmail.com

- Toby L. Rosen    trosen@chapter13canton.com, trosen@ecf.epiqsystems.com

- United States Trustee    (Registered address)@usdoj.gov

I further certify that the following received notice by regular US mail at the specified address on the date first set forth above:

**Debtor(s)**
Jeffrey & Lindsay Null
8955 Beatty St. NW
Massillon, OH 44646

**Creditors**
All creditors attached below.

/s/ James R. Galehouse
James R. Galehouse (0084867)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 17-62502-rk<br>Northern District of Ohio<br>Canton<br>Fri Feb 16 11:32:05 EST 2018 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | Aultman Hospital<br>2600 6th St SW<br>Canton, OH 44710-1799 |
| Capital One Bank<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Ditech Financial<br>P.O. Box 979282<br>Miami, FL 33197-9282 | Ditech Financial<br>PO Box 94710<br>Palatine, IL 60094-4710 |
| Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | Huntington National Bank<br>17 South High St.<br>Columbus, OH 43215-3413 | Navient<br>P.O. Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 | James R. Galehouse<br>401 W. Tuscarawas Street NW<br>Suite 400<br>Canton, OH 44702-2045 | Jeffrey J. Null<br>8955 Beatty St. NW<br>Massillon, OH 44646-1275 |
| Lindsay J. Null<br>8955 Beatty St. NW<br>Massillon, OH 44646-1275 | Toby L. Rosen<br>Toby L. Rosen, Trustee<br>400 W Tuscarawas Street<br>Citizens Bank Bldg. 4th Floor<br>Canton, OH 44702-2044 | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     0<br>Total                  13 |