# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CANTON DIVISION

In Re:                                                           Case No. 17-62502-rk

Jeffrey J. Null
Lindsay J. Null                                     Chapter 13
  *fka* Lindsay J. Valentine

Debtors.                                            Judge Russ Kendig

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of Cabana Series III Trust ('Creditor'), in the above captioned proceedings.

                                                Respectfully Submitted,

                                                /s/ Molly Slutsky Simons
                                                Molly Slutsky Simons (0083702)
                                                Sottile & Barile, Attorneys at Law
                                                394 Wards Corner Road, Suite 180
                                                Loveland, OH 45140
                                                Phone: 513.444.4100
                                                Email: bankruptcy@sottileandbarile.com
                                                Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on August 13, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Denise M. Leskovec, Debtors' Counsel
    dleskovec@ohiolegalclinic.com

    Dynele L. Schinker-Kuharich, Trustee
    DLSK@chapter13canton.com

    Office of the U.S. Trustee

(registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

Jeffrey J. Null, Debtor
8955 Beatty St. NW
Massillon, OH 44646

Lindsay J. Null, Debtor
8955 Beatty St. NW
Massillon, OH 44646

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Attorney for Creditor