IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| Jeffrey J. Null | : | Case No.: 17-62502 |
| Lindsay J. Null | : | Judge Russ Kendig |
| Debtors | | |

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and Debtor(s) have completed all payments under the Chapter 13 Plan:

**Part 1: Mortgage Information**

Creditor Name: **SN Servicing Corporation**
Court Proof of Claim number: **001A**
Last 4 digits of any number used to identify account: **8142; 8501/arrears**
Property Address: **8955 Beatty Street, NW, Massillon, OH 44646**

**Part 2: Cure Amount**

Total cure disbursements made by Trustee:

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $13,283.70 |
| b. | Prepetition arrearage paid by Trustee: | (b) $13,283.70 |
| c. | Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $0.00 |
| d. | Amount of post-petition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by Trustee: | (d) $0.00 |
| e. | Allowed post-petition arrearage: | (e) $0.00 |
| f. | Post-petition arrearage paid by Trustee: | (f) $0.00 |
| g. | **TOTAL.** Add lines b, d, and f. | (g) $13,283.70 |

**Part 3: Post-petition Mortgage payment**

X    Mortgage is paid through Trustee.
      Current monthly mortgage payment: **$549.05**
      Next post-petition payment is due on: **March 2022**

      Mortgage is paid directly by Debtor(s).

**Part 4: A Response is Required by Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), Creditor must file and serve on Debtor(s), their Counsel, and Trustee, within 21 days after service of this notice, a statement indicating whether Creditor agrees that Debtor(s) have paid in full the amount required to cure the default and stating whether Debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject Creditor to further action of the Court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by Trustee is attached to copies of this notice sent to Debtor(s) and Creditor.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, a true and correct copy of the Notice of Final Cure Payment was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee at dlsk@Chapter13Canton.com
- Jennifer Donahue, Counsel for Jeffrey J. and Lindsay J. Null, at JDonahue@ohiolegalclinic.com

and by regular U.S. mail, postage prepaid, upon:

Jeffrey J. Null and
Lindsay J. Null, Debtors
8955 Beatty Street, NW
Massillon, OH 44646

SN Servicing Corporation, Creditor
323 Fifth Street
Eureka, CA 95501

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 001 | 1 | 01.25.2022 | 22_01 | SN Servicing Corporation | Prewritten Check/Computer | 857433 | 535.13 | 535.13 | 0.00 |
| Cleared: | | | | Posted: 01.25.2022 | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 3 | 001 | 1 | 12.30.2021 | 21_12 | SN Servicing Corporation | System Disbursement | 857346 | 535.13 | 535.13 | 0.00 |
| Cleared: 12.31.2021 | | | | Posted: 12.30.2021 | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 3 | 001 | 1 | 11.30.2021 | 21_11 | SN Servicing Corporation | System Disbursement | 856195 | 535.13 | 535.13 | 0.00 |
| Cleared: 12.02.2021 | | | | Posted: 11.30.2021 | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 3 | 001 | 1 | 10.29.2021 | 21_10 | SN Servicing Corporation | System Disbursement | 855050 | 535.13 | 535.13 | 0.00 |
| Cleared: 11.02.2021 | | | | Posted: 10.29.2021 | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 3 | 001 | 1 | 09.30.2021 | 21_09 | SN Servicing Corporation | System Disbursement | 853841 | 535.13 | 535.13 | 0.00 |
| Cleared: 10.04.2021 | | | | Posted: 09.30.2021 | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 3 | 001 | 1 | 08.31.2021 | 21_08 | SN Servicing Corporation | System Disbursement | 852584 | 535.13 | 535.13 | 0.00 |
| Cleared: 09.02.2021 | | | | Posted: 09.01.2021 | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 3 | 001 | 1 | 07.30.2021 | 21_07 | SN Servicing Corporation | System Disbursement | 851305 | 535.13 | 535.13 | 0.00 |
| Cleared: 08.03.2021 | | | | Posted: 07.30.2021 | 323 Fifth Street  Eureka  CA  95501- | | | | | |
| 3 | 001 | 1 | 06.30.2021 | 21_06 | US Bank Trust N.A. | System Disbursement | 849699 | 535.13 | 535.13 | 0.00 |
| Cleared: 07.12.2021 | | | | Posted: 06.30.2021 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |
| 3 | 001 | 1 | 05.28.2021 | 21_05 | US Bank Trust N.A. | System Disbursement | 848420 | 535.13 | 535.13 | 0.00 |
| Cleared: 06.11.2021 | | | | Posted: 05.28.2021 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |
| 3 | 001 | 1 | 04.30.2021 | 21_04 | US Bank Trust N.A. | System Disbursement | 847034 | 535.13 | 535.13 | 0.00 |
| Cleared: 05.13.2021 | | | | Posted: 04.30.2021 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |
| 3 | 001 | 1 | 03.31.2021 | 21_03 | US Bank Trust N.A. | System Disbursement | 845575 | 535.13 | 535.13 | 0.00 |
| Cleared: 04.12.2021 | | | | Posted: 03.31.2021 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |
| 3 | 001 | 1 | 02.26.2021 | 21_02 | US Bank Trust N.A. | System Disbursement | 844046 | 535.13 | 535.13 | 0.00 |
| Cleared: 03.12.2021 | | | | Posted: 02.26.2021 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |
| 3 | 001 | 1 | 01.29.2021 | 21_01 | US Bank Trust N.A. | System Disbursement | 842820 | 535.13 | 535.13 | 0.00 |
| Cleared: 02.12.2021 | | | | Posted: 01.29.2021 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |
| 3 | 001 | 1 | 12.31.2020 | 20_12 | US Bank Trust N.A. | System Disbursement | 841266 | 535.13 | 535.13 | 0.00 |
| Cleared: 01.13.2021 | | | | Posted: 12.31.2020 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |
| 3 | 001 | 1 | 11.30.2020 | 20_11 | US Bank Trust N.A. | System Disbursement | 839949 | 535.13 | 535.13 | 0.00 |
| Cleared: 12.14.2020 | | | | Posted: 11.30.2020 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |
| 3 | 001 | 1 | 10.30.2020 | 20_10 | US Bank Trust N.A. | System Disbursement | 838537 | 535.13 | 535.13 | 0.00 |
| Cleared: 11.13.2020 | | | | Posted: 10.30.2020 | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving  TX  75038- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 001 | 1 | 09.30.2020 | 20_09 | US Bank Trust N.A. | System Disbursement | 837150 | 535.13 | 535.13 | 0.00 |
| Cleared: 10.09.2020 | | | Posted: 09.30.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 08.31.2020 | 20_08 | US Bank Trust N.A. | System Disbursement | 835742 | 535.13 | 535.13 | 0.00 |
| Cleared: 09.11.2020 | | | Posted: 08.31.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 07.31.2020 | 20_07 | US Bank Trust N.A. | System Disbursement | 834394 | 535.13 | 535.13 | 0.00 |
| Cleared: 08.14.2020 | | | Posted: 07.31.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 06.30.2020 | 20_06 | US Bank Trust N.A. | System Disbursement | 833051 | 536.33 | 536.33 | 0.00 |
| Cleared: 07.10.2020 | | | Posted: 06.30.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 05.29.2020 | 20_05 | US Bank Trust N.A. | System Disbursement | 831651 | 536.33 | 536.33 | 0.00 |
| Cleared: 06.11.2020 | | | Posted: 05.29.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 04.30.2020 | 20_04 | US Bank Trust N.A. | System Disbursement | 830281 | 536.33 | 536.33 | 0.00 |
| Cleared: 05.11.2020 | | | Posted: 04.30.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 03.31.2020 | 20_03 | US Bank Trust N.A. | System Disbursement | 828862 | 536.33 | 536.33 | 0.00 |
| Cleared: 04.09.2020 | | | Posted: 03.31.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 02.28.2020 | 20_02 | US Bank Trust N.A. | System Disbursement | 827273 | 536.33 | 536.33 | 0.00 |
| Cleared: 03.10.2020 | | | Posted: 02.28.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 01.31.2020 | 20_01 | US Bank Trust N.A. | System Disbursement | 825839 | 536.33 | 536.33 | 0.00 |
| Cleared: 02.12.2020 | | | Posted: 01.31.2020 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 12.31.2019 | 19_12 | US Bank Trust N.A. | System Disbursement | 824278 | 536.33 | 536.33 | 0.00 |
| Cleared: 01.09.2020 | | | Posted: 12.31.2019 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 11.27.2019 | 19_11 | US Bank Trust N.A. | System Disbursement | 822739 | 536.33 | 536.33 | 0.00 |
| Cleared: 12.05.2019 | | | Posted: 11.27.2019 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 10.31.2019 | 19_10 | US Bank Trust N.A. | System Disbursement | 821147 | 536.33 | 536.33 | 0.00 |
| Cleared: 11.08.2019 | | | Posted: 10.31.2019 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 09.30.2019 | 19_09 | U.S. Bank Trust N.A. | System Disbursement | 819101 | 536.33 | 536.33 | 0.00 |
| Cleared: 10.08.2019 | | | Posted: 09.30.2019 | | c/o BSI Financial Services 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 08.30.2019 | 19_08 | BSI Financial Services | System Disbursement | 816243 | 536.33 | 536.33 | 0.00 |
| Cleared: 09.17.2019 | | | Posted: 08.30.2019 | | 1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 3 | 001 | 1 | 07.31.2019 | 19_07 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 814610 | 536.33 | 536.33 | 0.00 |
| Cleared: 08.06.2019 | | | Posted: 07.31.2019 | | c/o BSI FINANCIAL SERVICES 314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE PA 16354- | | | | | |
| 3 | 001 | 1 | 06.28.2019 | 19_06 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 813018 | 563.17 | 563.17 | 0.00 |
| Cleared: 07.02.2019 | | | Posted: 06.28.2019 | | c/o BSI FINANCIAL SERVICES 314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE PA 16354- | | | | | |

**DISBURSEMENTS**
through 01/26/2022

CASE NUMBER 1762502
DEBTOR Null, Jeffrey J. _Lindsay J.

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 001 | 1 | 05.31.2019 | 19_05 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 811176 | 563.17 | 563.17 | 0.00 |
| Cleared: 06.04.2019 | | | Posted: 05.31.2019 | | c/o BSI FINANCIAL SERVICES   314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE  PA  16354- | | | | | |
| 3 | 001 | 1 | 04.30.2019 | 19_04 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 809349 | 563.17 | 563.17 | 0.00 |
| Cleared: 05.08.2019 | | | Posted: 04.30.2019 | | c/o BSI FINANCIAL SERVICES   314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE  PA  16354- | | | | | |
| 3 | 001 | 1 | 03.29.2019 | 19_03 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 807713 | 563.17 | 563.17 | 0.00 |
| Cleared: 04.03.2019 | | | Posted: 03.29.2019 | | c/o BSI FINANCIAL SERVICES   314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE  PA  16354- | | | | | |
| 3 | 001 | 1 | 02.28.2019 | 19_02 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 806106 | 563.17 | 563.17 | 0.00 |
| Cleared: 03.05.2019 | | | Posted: 02.28.2019 | | c/o BSI FINANCIAL SERVICES   314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE  PA  16354- | | | | | |
| 3 | 001 | 1 | 01.31.2019 | 19_01 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 804576 | 563.17 | 563.17 | 0.00 |
| Cleared: 02.05.2019 | | | Posted: 01.31.2019 | | c/o BSI FINANCIAL SERVICES   314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE  PA  16354- | | | | | |
| 3 | 001 | 1 | 12.31.2018 | 18_12 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 803132 | 563.17 | 563.17 | 0.00 |
| Cleared: 01.03.2019 | | | Posted: 12.31.2018 | | c/o BSI FINANCIAL SERVICES   314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE  PA  16354- | | | | | |
| 3 | 001 | 1 | 11.30.2018 | 18_11 | CHALET PROPERTIES LLL, LLC. | System Disbursement | 801652 | 563.17 | 563.17 | 0.00 |
| Cleared: 12.21.2018 | | | Posted: 11.30.2018 | | c/o BSI FINANCIAL SERVICES   314 S. FRANKLIN STREET, 2ND FL( TITUSVILLE  PA  16354- | | | | | |
| 3 | 001 | 1 | 10.31.2018 | 18_10 | DITECH FINANCIAL LLC | System Disbursement | 801263 | 563.17 | 563.17 | 0.00 |
| Cleared: 11.08.2018 | | | Posted: 10.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 3 | 001 | 1 | 09.28.2018 | 18_09 | DITECH FINANCIAL LLC | System Disbursement | 769718 | 563.17 | 563.17 | 0.00 |
| Cleared: 10.04.2018 | | | Posted: 09.28.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 3 | 001 | 1 | 08.31.2018 | 18_08 | DITECH FINANCIAL LLC | System Disbursement | 768394 | 563.17 | 563.17 | 0.00 |
| Cleared: 09.07.2018 | | | Posted: 08.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 3 | 001 | 1 | 07.31.2018 | 18_07 | DITECH FINANCIAL LLC | System Disbursement | 766830 | 563.17 | 563.17 | 0.00 |
| Cleared: 08.10.2018 | | | Posted: 07.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 3 | 001 | 1 | 06.29.2018 | 18_06 | DITECH FINANCIAL LLC | System Disbursement | 765430 | 563.17 | 563.17 | 0.00 |
| Cleared: 07.11.2018 | | | Posted: 06.29.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 3 | 001 | 1 | 05.31.2018 | 18_05 | DITECH FINANCIAL LLC | System Disbursement | 764122 | 563.17 | 563.17 | 0.00 |
| Cleared: 06.15.2018 | | | Posted: 05.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 3 | 001 | 1 | 04.30.2018 | 18_04 | DITECH FINANCIAL LLC | System Disbursement | 762607 | 563.17 | 563.17 | 0.00 |
| Cleared: 05.07.2018 | | | Posted: 04.30.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 3 | 001 | 1 | 03.29.2018 | 18_03 | DITECH FINANCIAL LLC | System Disbursement | 761181 | 563.17 | 563.17 | 0.00 |
| Cleared: 04.03.2018 | | | Posted: 03.29.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 3 | 001 | 1 | 02.28.2018 | 18_02 | DITECH FINANCIAL LLC | System Disbursement | 759740 | 563.17 | 563.17 | 0.00 |
| Cleared: 03.05.2018 | | | Posted: 02.28.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 001 | 1 | 01.31.2018 | 18_01 | DITECH FINANCIAL LLC | System Disbursement | 758407 | 1,689.51 | 1,689.51 | 0.00 |
| Cleared: 02.06.2018 | | | Posted: 01.31.2018 | | PO BOX 0049  PALATINE  IL  60055-0049 | | | | | |

|  |  |
|---|---|
| Total Principal | 27,866.83 |
| Total Interest | 0.00 |
| Total | 27,866.83 |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 001A | 1 | 12.30.2021 | 21_12 | SN Servicing Corporation | System Disbursement | 857346 | 82.56 | 82.56 | 0.00 |
| Cleared: 12.31.2021 | | | Posted: 12.30.2021 | | 323 Fifth Street  Eureka CA 95501- | | | | | |
| 6 | 001A | 1 | 11.30.2021 | 21_11 | SN Servicing Corporation | System Disbursement | 856195 | 338.84 | 338.84 | 0.00 |
| Cleared: 12.02.2021 | | | Posted: 11.30.2021 | | 323 Fifth Street  Eureka CA 95501- | | | | | |
| 6 | 001A | 1 | 10.29.2021 | 21_10 | SN Servicing Corporation | System Disbursement | 855050 | 338.85 | 338.85 | 0.00 |
| Cleared: 11.02.2021 | | | Posted: 10.29.2021 | | 323 Fifth Street  Eureka CA 95501- | | | | | |
| 6 | 001A | 1 | 09.30.2021 | 21_09 | SN Servicing Corporation | System Disbursement | 853841 | 338.84 | 338.84 | 0.00 |
| Cleared: 10.04.2021 | | | Posted: 09.30.2021 | | 323 Fifth Street  Eureka CA 95501- | | | | | |
| 6 | 001A | 1 | 08.31.2021 | 21_08 | SN Servicing Corporation | System Disbursement | 852584 | 338.85 | 338.85 | 0.00 |
| Cleared: 09.02.2021 | | | Posted: 09.01.2021 | | 323 Fifth Street  Eureka CA 95501- | | | | | |
| 6 | 001A | 1 | 07.30.2021 | 21_07 | SN Servicing Corporation | System Disbursement | 851305 | 338.84 | 338.84 | 0.00 |
| Cleared: 08.03.2021 | | | Posted: 07.30.2021 | | 323 Fifth Street  Eureka CA 95501- | | | | | |
| 6 | 001A | 1 | 06.30.2021 | 21_06 | US Bank Trust N.A. | System Disbursement | 849699 | 338.85 | 338.85 | 0.00 |
| Cleared: 07.12.2021 | | | Posted: 06.30.2021 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 05.28.2021 | 21_05 | US Bank Trust N.A. | System Disbursement | 848420 | 338.84 | 338.84 | 0.00 |
| Cleared: 06.11.2021 | | | Posted: 05.28.2021 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 04.30.2021 | 21_04 | US Bank Trust N.A. | System Disbursement | 847034 | 338.85 | 338.85 | 0.00 |
| Cleared: 05.13.2021 | | | Posted: 04.30.2021 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 03.31.2021 | 21_03 | US Bank Trust N.A. | System Disbursement | 845575 | 338.84 | 338.84 | 0.00 |
| Cleared: 04.12.2021 | | | Posted: 03.31.2021 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 02.26.2021 | 21_02 | US Bank Trust N.A. | System Disbursement | 844046 | 338.85 | 338.85 | 0.00 |
| Cleared: 03.12.2021 | | | Posted: 02.26.2021 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 01.29.2021 | 21_01 | US Bank Trust N.A. | System Disbursement | 842820 | 338.84 | 338.84 | 0.00 |
| Cleared: 02.12.2021 | | | Posted: 01.29.2021 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 12.31.2020 | 20_12 | US Bank Trust N.A. | System Disbursement | 841266 | 338.85 | 338.85 | 0.00 |
| Cleared: 01.13.2021 | | | Posted: 12.31.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 11.30.2020 | 20_11 | US Bank Trust N.A. | System Disbursement | 839949 | 338.85 | 338.85 | 0.00 |
| Cleared: 12.14.2020 | | | Posted: 11.30.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 10.30.2020 | 20_10 | US Bank Trust N.A. | System Disbursement | 838537 | 338.85 | 338.85 | 0.00 |
| Cleared: 11.13.2020 | | | Posted: 10.30.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 09.30.2020 | 20_09 | US Bank Trust N.A. | System Disbursement | 837150 | 317.11 | 317.11 | 0.00 |
| Cleared: 10.09.2020 | | | Posted: 09.30.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 001A | 1 | 08.31.2020 | 20_08 | US Bank Trust N.A. | System Disbursement | 835742 | 317.12 | 317.12 | 0.00 |
| Cleared: 09.11.2020 | | | Posted: 08.31.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 07.31.2020 | 20_07 | US Bank Trust N.A. | System Disbursement | 834394 | 317.11 | 317.11 | 0.00 |
| Cleared: 08.14.2020 | | | Posted: 07.31.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 06.30.2020 | 20_06 | US Bank Trust N.A. | System Disbursement | 833051 | 316.07 | 316.07 | 0.00 |
| Cleared: 07.10.2020 | | | Posted: 06.30.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 05.29.2020 | 20_05 | US Bank Trust N.A. | System Disbursement | 831651 | 316.07 | 316.07 | 0.00 |
| Cleared: 06.11.2020 | | | Posted: 05.29.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 04.30.2020 | 20_04 | US Bank Trust N.A. | System Disbursement | 830281 | 316.07 | 316.07 | 0.00 |
| Cleared: 05.11.2020 | | | Posted: 04.30.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 03.31.2020 | 20_03 | US Bank Trust N.A. | System Disbursement | 828862 | 342.15 | 342.15 | 0.00 |
| Cleared: 04.09.2020 | | | Posted: 03.31.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 02.28.2020 | 20_02 | US Bank Trust N.A. | System Disbursement | 827273 | 342.14 | 342.14 | 0.00 |
| Cleared: 03.10.2020 | | | Posted: 02.28.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 01.31.2020 | 20_01 | US Bank Trust N.A. | System Disbursement | 825839 | 342.15 | 342.15 | 0.00 |
| Cleared: 02.12.2020 | | | Posted: 01.31.2020 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 12.31.2019 | 19_12 | US Bank Trust N.A. | System Disbursement | 824278 | 342.15 | 342.15 | 0.00 |
| Cleared: 01.09.2020 | | | Posted: 12.31.2019 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 11.27.2019 | 19_11 | US Bank Trust N.A. | System Disbursement | 822739 | 342.15 | 342.15 | 0.00 |
| Cleared: 12.05.2019 | | | Posted: 11.27.2019 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 10.31.2019 | 19_10 | US Bank Trust N.A. | System Disbursement | 821147 | 342.15 | 342.15 | 0.00 |
| Cleared: 11.08.2019 | | | Posted: 10.31.2019 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 09.30.2019 | 19_09 | U.S. Bank Trust N.A. | System Disbursement | 819102 | 357.79 | 357.79 | 0.00 |
| Cleared: 10.08.2019 | | | Posted: 09.30.2019 | | c/o BSI Financial Services  1425 Greenway Drive, Ste 400 Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 08.30.2019 | 19_08 | BSI Financial Services | System Disbursement | 816244 | 358.03 | 358.03 | 0.00 |
| Cleared: 09.17.2019 | | | Posted: 08.30.2019 | | 1425 Greenway Drive, Ste 400  Irving TX 75038- | | | | | |
| 6 | 001A | 1 | 07.31.2019 | 19_07 | Ditech Financial, LLC. | System Disbursement | 815871 | 357.80 | 357.80 | 0.00 |
| Cleared: 08.06.2019 | | | Posted: 07.31.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 06.28.2019 | 19_06 | Ditech Financial, LLC. | System Disbursement | 814174 | 334.47 | 334.47 | 0.00 |
| Cleared: 07.02.2019 | | | Posted: 06.28.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 05.31.2019 | 19_05 | Ditech Financial, LLC. | System Disbursement | 812577 | 314.48 | 314.48 | 0.00 |
| Cleared: 06.06.2019 | | | Posted: 05.31.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 001A | 1 | 04.30.2019 | 19_04 | Ditech Financial, LLC. | System Disbursement | 810601 | 314.48 | 314.48 | 0.00 |
| Cleared: 05.06.2019 | | | Posted: 04.30.2019 | | PO Box 0049 Palatine IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 03.29.2019 | 19_03 | Ditech Financial, LLC. | System Disbursement | 808917 | 314.48 | 314.48 | 0.00 |
| Cleared: 04.04.2019 | | | Posted: 03.29.2019 | | PO Box 0049 Palatine IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 02.28.2019 | 19_02 | DITECH FINANCIAL LLC | System Disbursement | 807233 | 314.48 | 314.48 | 0.00 |
| Cleared: 03.05.2019 | | | Posted: 02.28.2019 | | PO BOX 0049 PALATINE IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 01.31.2019 | 19_01 | DITECH FINANCIAL LLC | System Disbursement | 805698 | 314.48 | 314.48 | 0.00 |
| Cleared: 02.05.2019 | | | Posted: 01.31.2019 | | PO BOX 0049 PALATINE IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 12.31.2018 | 18_12 | DITECH FINANCIAL LLC | System Disbursement | 804166 | 314.48 | 314.48 | 0.00 |
| Cleared: 01.04.2019 | | | Posted: 12.31.2018 | | PO BOX 0049 PALATINE IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 11.30.2018 | 18_11 | DITECH FINANCIAL LLC | System Disbursement | 802684 | 314.48 | 314.48 | 0.00 |
| Cleared: 12.06.2018 | | | Posted: 11.30.2018 | | PO BOX 0049 PALATINE IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 10.31.2018 | 18_10 | DITECH FINANCIAL LLC | System Disbursement | 801263 | 314.48 | 314.48 | 0.00 |
| Cleared: 11.08.2018 | | | Posted: 10.31.2018 | | PO BOX 0049 PALATINE IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 09.28.2018 | 18_09 | DITECH FINANCIAL LLC | System Disbursement | 769718 | 205.84 | 205.84 | 0.00 |
| Cleared: 10.04.2018 | | | Posted: 09.28.2018 | | PO BOX 0049 PALATINE IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 08.31.2018 | 18_08 | DITECH FINANCIAL LLC | System Disbursement | 768394 | 184.11 | 184.11 | 0.00 |
| Cleared: 09.07.2018 | | | Posted: 08.31.2018 | | PO BOX 0049 PALATINE IL 60055-0049 | | | | | |
| 6 | 001A | 1 | 07.31.2018 | 18_07 | DITECH FINANCIAL LLC | System Disbursement | 766830 | 190.98 | 190.98 | 0.00 |
| Cleared: 08.10.2018 | | | Posted: 07.31.2018 | | PO BOX 0049 PALATINE IL 60055-0049 | | | | | |

| | |
|---|---|
| Total Principal | 13,283.70 |
| Total Interest | 0.00 |
| Total | 13,283.70 |